# Exhibit 46, Part 1




CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000012
**Tax Ref:** 47-1377612

23 April 2015

Dear Sir or Madam,

<u>RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BTM1DK000012**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

San Francisco          Philadelphia          London          Hong Kong

SKAT Fredensborg

Bilag nr. _____ 98-05-01

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

☐ In my capacity as beneficial owner      ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:      1986272.82

**Beneficial Owner**

Full name
Basalt Ventures LLC Roth 401(K) Plan

Full address
State of Delaware, 1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*Rodngues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number      4

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

                                                   34015159

Reg. no                    Account no

                    NWBKGB2L                    IBAN GB88NWBK60730134015159
SWIFT              BLZ                          IBAN

On reclaim please quote:-TM1 DK 12

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.

                              Date          Official stamp and signature

When signed to be forwarded to:      **Skattecenter Høje-Taastrup**
                                     Postboks 60
                                     DK-2630 Taastrup

06.003 ENG

SKAT Fredensborg

Bilag nr.      98-05-02

Confidential Pursuant to Protective Order



**TELESTO**

27 Old Gloucester Street
London
WC1N 3AX

## CREDIT ADVICE

### Date: 30-03-2015 ID: 3,677

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: TRYG A/S**          **ISIN: DK0060013274**

**Ex Date:** 26-03-2015          **Record Date:** 27-03-2015          **Pay Date:** 30-03-2015

**Dividend Per Share:** DKK 29.00

**No of Shares:** 35,209

**Gross Dividend:** DKK 1,021,061.00

**Withholding tax deducted:** DKK 275,686.47

**Net Dividend:** DKK 745,374.53

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 2 London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-03

Confidential Pursuant to Protective Order



# TELESTO

27 Old Gloucester Street
London
WC1N 3AX

## CREDIT ADVICE

### Date: 31-03-2015 ID: 3,807

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: FLSMIDTH & CO A/S**          **ISIN: DK0010234467**

**Ex Date:** 27-03-2015          **Record Date:** 30-03-2015          **Pay Date:** 31-03-2015

**Dividend Per Share:** DKK 9.00

**No of Shares:** 80,009

**Gross Dividend:** DKK 720,081.00

**Withholding tax deducted:** DKK 194,421.87

**Net Dividend:** DKK 525,659.13

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-04



27 Old Gloucester Street
London
WC1N 3AX

# CREDIT ADVICE

### Date: 02-03-2015 ID: 2,406

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: NOVOZYMES A/S-B**          **ISIN: DK0060336014**

**Ex Date:** 26-02-2015          **Record Date:** 27-02-2015          **Pay Date:** 02-03-2015

**Dividend Per Share:** DKK 3.00

**No of Shares:** 777,153

**Gross Dividend:** DKK 2,331,459.00

**Withholding tax deducted:** DKK 629,493.93

**Net Dividend:** DKK 1,701,965.07

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX.
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-05



**TELESTO**

27 Old Gloucester Street
London
WC1N 3AX

## CREDIT ADVICE

**Date: 10-03-2015 ID: 2,542**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: TDC A/S**            **ISIN: DK0060228559**

**Ex Date:** 06-03-2015        **Record Date:** 09-03-2015      **Pay Date:** 10-03-2015

**Dividend Per Share:** DKK 1.00

**No of Shares:** 3,283,965

**Gross Dividend:** DKK 3,283,965.00

**Withholding tax deducted:** DKK 886,670.55

**Net Dividend:** DKK 2,397,294.45

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226. Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-06



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA  19255

Date: February 17, 2015



)00088

Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
TIN: 47-1377612
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2009)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____98-05-07

*Basalt Ventures LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this ____22nd____ day of August 2014 by
Basalt Ventures LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
   and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
   act and deed to sign, seal, execute, deliver, perfect and do all deeds,
   instruments, acts and things which may be required (or which GTB shall
   consider requisite) for or in connection with the provision of any tax services
   provided to The Plan from time to time, including the reclaiming from any
   taxation authority in any jurisdiction (as appropriate) amounts in respect of
   payments made to The Plan, or through GTB on behalf of The Plan. The Plan
   also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents
   executed and things done by GTB or its delegates by virtue of the Power Of
   Attorney given by Clause 1 of this deed unless it is proved that GTB or its
   delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses
   including (without limitation) any reasonable legal fees and disbursements arising
   directly or indirectly out of the exercise or purported exercise of GTB's powers
   under this deed PROVIDED THAT GTB shall not be indemnified against any
   such liabilities, costs and expenses arising out of GTB or any nominee's or
   agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to
   see or enquire as to the proprietary or expediency of any act, deed, matter or
   thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB
   is given at least 5 working days notice of such revocation. The provisions of
   Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law,
   and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
   English courts.

(contd)

SKAT Fredensborg

Bilag nr. ____98-05-08____

Confidential Pursuant to Protective Order

**Execution of a deed by a plan formed outside Great Britain**

*Executed as a deed by -*

*Name of plan:*            Basalt Ventures LLC Roth 401(K) Plan

*Acting by name(s) of:*     John H. van Merkensteijn, III

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. ___98-05-09___

Confidential Pursuant to Protective Order

SKAT_MDL_001_00057081



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000019
**Tax Ref:** 47-1377612

27 April 2015

Dear Sir or Madam,

<u>RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BTM1DK000019**.

Would you please confirm safe receipt of this reclaim by sending an email to <u>GTB@goalgroup.com</u> or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Melissa-Anne Rodrigues*
Operations Manager

San Francisco                    Philadelphia                    London                    Hong Kong

SKAT Fredensborg

Bilag nr. _____ 98-05-10

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00057082



**SKAT**

Claim to Relief from Danish Dividend Tax

|  | :: in my capacity as beneficial owner | ✗ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:     1,635,387.41

**Beneficial Owner**

Full name
Basalt Ventures LLC Roth 401(K) Plan

Full address
State of Delaware,  1811 Silverside Road
Wilmington, DE 19810
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*J. RODRIGUES*      *seal*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number     3

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
|  | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-TM1 DK 19

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and     U.S.A.

Date          Official stamp and signature

When signed to be forwarded to:

**Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

06.003 ENG

06.003 (g/.nr. 0.70.09)

SKAT Fredensborg

Bilag nr.     98-05-11

Confidential Pursuant to Protective Order



27 Old Gloucester Street
London
WC1N 3AX

# TELESTO

## CREDIT ADVICE

**Date: 07-04-2015 ID: 4,243**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: VESTAS WIND SYSTEMS A/S    ISIN: DK0010268606**

**Ex Date:** 31-03-2015        **Record Date:** 01-04-2015      **Pay Date:** 07-04-2015

**Dividend Per Share:** DKK 3.90

**No of Shares:** 373,474

**Gross Dividend:** DKK 1,456,548.60

**Withholding tax deducted:** DKK 393,268.12

**Net Dividend:** DKK 1,063,280.48

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is London WC1N 3AX
(FCA Registration Number 609226. Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-12

SKAT_MDL_001_00057084



27 Old Gloucester Street
London
WC1N 3AX

# TELESTO

## CREDIT ADVICE

**Date: 23-03-2015 ID: 2,951**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security:  PANDORA A/S**          **ISIN:  DK0060252690**

**Ex Date:** 19-03-2015          **Record Date:** 20-03-2015          **Pay Date:** 23-03-2015

**Dividend Per Share:** DKK 9.00

**No of Shares:** 450,631

**Gross Dividend:** DKK 4,055,679.00

**Withholding tax deducted:** DKK 1,095,033.33

**Net Dividend:** DKK 2,960,645.67

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is
London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-13

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00057085



**TELESTO**

27 Old Gloucester Street
London
WC1N 3AX

## CREDIT ADVICE

**Date: 24-03-2015 ID: 3,366**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: GN STORE NORD A/S**          **ISIN: DK0010272632**

**Ex Date:** 20-03-2015          **Record Date:** 23-03-2015          **Pay Date:** 24-03-2015

**Dividend Per Share:** DKK 0.90

**No of Shares:** 605,292

**Gross Dividend:** DKK 544,762.80

**Withholding tax deducted:** DKK 147,085.96

**Net Dividend:** DKK 397,676.84

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-14



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: February 17, 2015



)00088       Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
             TIN: 47-1377612
       Tax Year: 2015

       I certify that, to the best of our knowledge, the above-named entity is
       a trust forming part of a pension, profit sharing, or stock bonus plan
       qualified under section 401(a) of the U.S. Internal Revenue Code, which
       is exempt from U.S. taxation under section 501(a), and is a resident of
       the United States of America for purposes of U.S. taxation.

*Nancy J Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 98-05-15

Confidential Pursuant to Protective Order

*Basalt Ventures LLC*
*c/o Kaye Scholer LLP*
*425 Park Avenue*
*New York, NY 10022-3598*

*Power of Attorney*

THIS POWER OF ATTORNEY, made this ___22nd___ day of _August_ 2014 by
<u>Basalt Ventures LLC Roth 401(K) Plan</u> ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan and in The Plan's name and otherwise on The Plan's behalf and as The Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to The Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to The Plan, or through GTB on behalf of The Plan. The Plan also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr._____98-05-16

Confidential Pursuant to Protective Order

Execution of a deed by a plan formed outside Great Britain

*Executed as a deed by -*

*Name of plan:*

<u>Basalt Ventures LLC Roth 401(K) Plan</u>

*Acting by name(s) of:*   John H. van Merkensteijn, III

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. _____98-05-17___

Confidential Pursuant to Protective Order

35215

**goal**

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000008
**Tax Ref:** 47-1377612

21 April 2015

Dear Sir or Madam,

<u>RE: A/C Basalt Ventures LLC Roth 401(K) Plan BVL01</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

5. 621. 940, 22

3

Please quote reference **BTM1DK000008**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*URodrigues*

Melissa-Anne Rodrigues
Operations Manager

San Francisco          Philadelphia          London          Hong Ko

SKAT Fredensborg

Bilag nr. _____ 98-05-18

Confidential Pursuant to Protective Order



27 Old Gloucester Street
London
WC1N 3AX

## TELESTO

## CREDIT ADVICE

### Date: 17-03-2015 ID: 2,797

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security: DSV A/S**                    **ISIN: DK0060079531**

**Ex Date:** 13-03-2015        **Record Date:** 16-03-2015        **Pay Date:** 17-03-2015

**Dividend Per Share:** DKK 1.60

**No of Shares:** 765,908

**Gross Dividend:** DKK 1,225,452.80

**Withholding tax deducted:** DKK 330,872.26

**Net Dividend:** DKK 894,580.54

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 2 [...]
London WC1N 3AX
(FCA Registration Number 609226, Company Number OC388442)

SKAT Fredensborg

Bilag nr. 98-05-19



27 Old Gloucester Street
London
WC1N 3AX

## TELESTO

### CREDIT ADVICE

#### Date: 31-03-2015 ID: 3,937

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security:** CARLSBERG AS-B          **ISIN:** DK0010181759

**Ex Date:** 27-03-2015          **Record Date:** 30-03-2015          **Pay Date:** 31-03-2015

**Dividend Per Share:** DKK 9.00

**No of Shares:** 178,044

**Gross Dividend:** DKK 1,602,396.00

**Withholding tax deducted:** DKK 432,646.92

**Net Dividend:** DKK 1,169,749.08

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and
regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street,
London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____98-05-20_____

Confidential Pursuant to Protective Order



27 Old Gloucester Street
London
WC1N 3AX

## TELESTO

### CREDIT ADVICE

**Date: 23-03-2015 ID: 3,112**

**Basalt Ventures LLC Roth 401(K) Plan,**
425 Park Avenue,
New York,
NY 10022,
United States of America,

**Security:** Danske Bank A/S          **ISIN:** DK0010274414

**Ex Date:** 19-03-2015          **Record Date:** 20-03-2015          **Pay Date:** 23-03-2015

**Dividend Per Share:** DKK 5.50

**No of Shares:** 3,271,664

**Gross Dividend:** DKK 17,994,152.00

**Withholding tax deducted:** DKK 4,858,421.04

**Net Dividend:** DKK 13,135,730.96

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

SKAT Fredensborg

Bilag nr. _____ 98-05-21

Confidential Pursuant to Protective Order          SKAT_MDL_001_00057093



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: February 17, 2015



)00088      Taxpayer: BASALT VENTURES LLC ROTH 401 K PLAN
            TIN: 47-1377612
      Tax Year: 2015

      I certify that, to the best of our knowledge, the above-named entity is
      a trust forming part of a pension, profit sharing, or stock bonus plan
      qualified under section 401(a) of the U.S. Internal Revenue Code, which
      is exempt from U.S. taxation under section 501(a), and is a resident of
      the United States of America for purposes of U.S. taxation.

      Nancy J Aiello

      Nancy J. Aiello
      Field Director, Accounts Management

Form 6166 (Rev 6-2006)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 98-05-22

**Basalt Ventures LLC**
**c/o Kaye Scholer LLP**
**425 Park Avenue**
**New York, NY 10022-3598**

*Power of Attorney*

THIS POWER OF ATTORNEY, made this _____22nd_____ day of August 2014 by
Basalt Ventures LLC Roth 401(K) Plan ("The Plan") WITNESSETH AS FOLLOWS:-

1. The Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of The Plan
   and in The Plan's name and otherwise on The Plan's behalf and as The Plan's
   act and deed to sign, seal, execute, deliver, perfect and do all deeds,
   instruments, acts and things which may be required (or which GTB shall
   consider requisite) for or in connection with the provision of any tax services
   provided to The Plan from time to time, including the reclaiming from any
   taxation authority in any jurisdiction (as appropriate) amounts in respect of
   payments made to The Plan, or through GTB on behalf of The Plan. The Plan
   also authorises GTB to set the procedure to collect the amounts claimed.

2. The Plan shall ratify and confirm all transactions entered into, documents
   executed and things done by GTB or its delegates by virtue of the Power Of
   Attorney given by Clause 1 of this deed unless it is proved that GTB or its
   delegates have acted with negligence, willful default or fraud.

3. The Plan agrees to indemnify GTB against all costs, liabilities and expenses
   including (without limitation) any reasonable legal fees and disbursements arising
   directly or indirectly out of the exercise or purported exercise of GTB's powers
   under this deed PROVIDED THAT GTB shall not be indemnified against any
   such liabilities, costs and expenses arising out of GTB or any nominee's or
   agent's or delegates own willful default, negligence or fraud.

4. The Plan declares that any person dealing with GTB shall not be concerned to
   see or enquire as to the proprietary or expediency of any act, deed, matter or
   thing which GTB may do or perform in The Plan's name by virtue of this deed.

5. This deed shall be revocable on the unilateral act of The Plan, provided that GTB
   is given at least 5 working days notice of such revocation. The provisions of
   Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law,
   and The Plan hereby irrevocable submits to the non-exclusive jurisdiction of the
   English courts.

(contd)

SKAT Fredensborg

Bilag nr._____98-05-23

Confidential Pursuant to Protective Order

Execution of a deed by a plan formed outside Great Britain

*Executed as a deed by -*

*Name of plan:*

Basalt Ventures LLC Roth 401(K) Plan

*Acting by name(s) of:*

John H. van Merkensteijn, III

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. _____ 98-05-24

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BTM1DK000027
**Tax Ref:** 47-1377612

15 May 2015

Dear Sir or Madam,

<u>**RE: A/C BASALT VENTURES LLC ROTH 401(K) PLAN BVL01**</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BTM1DK000027**.

Would you please confirm safe receipt of this reclaim by sending an email to GTB@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

San Francisco            Philadelphia            London            Hong K

SKAT Fredensborg

Bilag nr. _____ 98-05-25

Confidential Pursuant to Protective Order