# Exhibit 3, Part 10

**SCHEDULE E**

UNDERTAKINGS GIVEN BY THE SUPERVISING LEGAL REPRESENTATIVE

1.   The Supervising Legal Representative will use his best endeavours to serve this order upon
     the First Respondent and at the same time to serve upon the First Respondent the other
     documents required to be served and referred to in paragraph 1 of Schedule D.

2.   The Supervising Legal Representative will offer to explain to the person served with the order
     its meaning and effect fairly and in everyday language, and to inform him of his right to take
     legal advice (including an explanation that the First Respondent may be entitled to avail
     himself of the privilege against self-incrimination and legal professional privilege) and to apply
     to vary or discharge this order as mentioned in paragraph 25 above.

3.   The Supervising Legal Representative will retain in the safe keeping of his firm all items
     retained by him as a result of this order until the Court directs otherwise.

4.   Unless and until the Court otherwise orders, or unless otherwise necessary to comply with any
     duty to the Court pursuant to this order, the Supervising Legal Representative shall not reveal
     to any person any information relating to those items, and shall keep the existence of such
     items confidential.

5.   The Supervising Legal Representative will make and provide to the Applicant's legal
     representatives, the Respondent or his legal representatives and to the Judge who made this
     order (for the purposes of the Court file) a written report on the carrying out of the order, within
     1 business day after the completion of the search.





11

**SCHEDULE F**

<u>AFFIDAVITS</u>

The Applicant relied on the following affidavits:

| [name] | [number of affidavit] [date sworn] [filed on behalf of]: | | |
|---|---|---|---|
| Mr Jonathan Fortnam | 1 | 25 June 2018 | Claimant |





12