# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Custodian | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DSZ46A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YFC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DSZ46A02 | Natalia Vereniana | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | 6CF5282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DSZ46A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | B975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DSZ46A04 | Utkal Tagiwa | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934400295 | 240.00 | 2018/06/28 |
| DSZ46A05 | Sandesh Dhorme | First Search Order - Premises | Floor | Desktop | E1YFC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DSZ46A06 | Sandesh Dhorme | First Search Order - Premises | Floor | Fire Drive | N/A | Teta | N/A | N/A | Teta | Product/Code | 507213SSD249137547 | 8.00 | 2018/06/28 |
| DSZ46A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YFC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DSZ46A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EANDC0774443H 12M | Seagate | ST500LM000-1EJ1 | W70G0T76 | 500.00 | 2018/06/28 |
| DSZ46A09 | Nagris (Intern) | First Search Order - Premises | Floor | Drive Unit | EQU-MAG2 | Apple | iMAC All in one | C02DV1M9GG7N | Apple | SSD | SP8WY4GB14490 | 2000.00 | 2018/06/28 |
| DSZ46A10 | Nicola Monteith | First Search Order - Premises | Floor | Laptop | EQU-MAG6 | Apple | Macbook Pro | C02T12R6GT7A | Apple | SSD | C02703-3O2NAHCG618 | 500.00 | 2018/06/28 |
| DSZ46A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DSZ46A12 | Gautam Majeszale | First Search Order - Premises | Floor | Desktop | EQU-MAG4 | Apple | iMAC All in one | C02DWROC65G7N | Apple | SSD | SP8WHA50G5225 | 1000.00 | 2018/06/28 |
| DSZ46A13 | Maria Liu | First Search Order - Premises | Floor | Desktop | E1YFC012 | Dell | Optiplex 7040 | H875282 | Sandisk | SSD | 25460740G101 | 240.00 | 2018/06/28 |
| DSZ46A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DSZ46A15 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | E1YFC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DSZ46A16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YF083 / E1YLPT22 | Dell | Optiplex 7040 | C0VX243687534 12M | HGST | N/A | 500005006G29F | 1000.00 | 2018/07/02 |
| DSZ46A17 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | E1YFC11 | Sony | VAIO / SVP1321A1CM | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DSZ46A18 | Natalia Vereniana | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DSZ46A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | 7G75282 | N/A | N/A | N/A | N/A | 2018/06/28 |
| DSZ46A20 | Unknown | First Search Order - Premises | Floor | Pen Drive | E1YFC010 | Apple | Optiplex 7040 | N/A | N/A | N/A | N/A | 16.00 | 2018/06/28 |
| DSZ46A21 | Vidhya Maroovriya | First Search Order - Premises | Floor | Desktop | EQU-MAG3 | Apple | iMAC All in one | C02DV2CG2GG7N | Kingston | DT55 G2 | 98AF0AE18E09 | 2000.00 | 2018/06/28 |
| DSZ46A22 | Natalia Vereniana | First Search Order - Premises | Floor | Desktop | E1YFC07 | Dell | Optiplex 7040 | 4875282 | Apple | SSD | SP8WY4GB37310 | 1000.00 | 2018/07/01 |
| DSZ46A23 | Puja Tiwari | First Search Order - Premises | HR Room | Desktop | EQU-MAG1 | Apple | iMAC All in one | N/A | Sandisk | SSD | SP8WY4GB237 | 2000.00 | 2018/07/01 |
| DSZ46A24 | Uicha Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC02 | Dell | Optiplex 7040 | 6875282 | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DSZ46A25 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | E1YFC011 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DSZ46A26 | Wat Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A1CM | 54626038-0003361 / Service | N/A | N/A | 535YNFA062836J | 120.00 | 2018/06/28 |
| DSZ46A27 | Natalia Vereniana | First Search Order - Premises | Floor | Desktop | Dropbox | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2018/07/03 |
| DSZ46A28 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | iMAC All in one | C02DV2UR6G7N | Apple | SSD | SP8WY4GB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DSZ46A29 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC Mini | C07H71A80101 | Hitachi / Apple HDD | | 122600S1HHZP1C | 500.00 | 2018/07/01 |
| DSZ46A30 | Unknown | First Search Order - Premises | Floor | Storage Cal Desktop | N/A | Apple | MAC Mini | C07JNWCPC010 | Toshiba / Apple HDD | | 1200Y83KT | 500.00 | 2018/07/01 |
| DSZ46A31 | Unknown | First Search Order - Premises | Floor | Storage Cal Desktop | N/A | Apple | MAC Mini | N/A | Unknown | Unknown | N/A | 500.00 | 2018/07/01 |
| DSZ46A32 | Unknown | First Search Order - Premises | Floor | Storage Cal Laptop | DVD | Apple | UX305L | N/A | Imation | DVD-R | N/A | 4.70 | 2018/07/01 |
| DSZ46A33 | Unknown | First Search Order - Premises | Storage Cal Laptop | E1YLPT02 | Asus | UX305L | EANDC0774443H 12M | Seagate | ST500LM000-1EJ1 | W70G0W0C | 500.00 | 2018/07/01 |
| DSZ46A34 | Natalia Vereniana | First Search Order - Premises | Storage Cal Laptop | E1YLPT08 | Asus | UX305L | C0XZ1A98D024E 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DSZ46A35 | Unknown | First Search Order - UK | Laptop | E1YLPT06 | Asus | UX305L | F19OC11550050SA 12M | HGST | N/A | 50A00050G9NT8K | 1000.00 | 2018/07/02 |
| DSZ46A36 | Unknown | First Search Order - Premises | - | Office 365 | admin@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DSZ46A37 | Natalia Vereniana | First Search Order - Premises | - | Office 365 | asset@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DSZ46A38 | Unknown | First Search Order - Premises | - | Office 365 | catchall@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DSZ46A39 | Sanjay Shah | First Search Order - Premises | - | Office 365 | ceo@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DSZ46A40 | Unknown | First Search Order - Premises | - | Office 365 | cfo@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DSZ46A41 | Sandesh Dhorme | First Search Order - Premises | - | Office 365 | consultant@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.30 | 2018/07/02 |
| DSZ46A42 | Ucha Shah | First Search Order - Premises | - | Office 365 | director@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DSZ46A43 | Sandesh Dhorme | First Search Order - Premises | - | Office 365 | fd@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DSZ46A43 | Rashmi / Yolta / Mat… | First Search Order - Premises | - | Office 365 | finance@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.00 | 2018/07/02 |
| DSZ46A43 | Jatin Harwahar | First Search Order - Premises | - | Office 365 | IT@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DSZ46A43 | Unknown | First Search Order - Premises | - | Office 365 | HR@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DSZ46A43 | Stephania Paun / Utkal… | First Search Order - UK | Floor | Laptop | E1YLPT06 | Asus | UX305L | N/A | HGST | N/A | 50A00050G9NT8K | 1000.00 | 2018/07/02 |
| DSZ46A43 | Wat Anwar | First Search Order - Premises | - | Office 365 | ceo@ekyisumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.10 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DSZ46A43 | Multiple | First Search Order - Premises | - | Network Share | - | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date/ Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D92A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D92A6A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E551C5U5 | 1000.00 | 2018/08/14 |
| D92A6A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WX81A75EZXU | 1000.00 | 2018/08/17 |
| D92A6A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXF1E1633N07 | 3000.00 | 2018/07/17 (failed) |
| D92A6A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| D92A6A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D92A6A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D92A6A48 | Usha Shah | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D92A6A48 | Sandesh Dhomme | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D92A6A48 | Wasil Anwar | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D92A6A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D92A6A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D92A6A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D92A6A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D92A6A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D92A6A48 | Unknown_HR | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D92A6A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D92A6A48 | Unknown_QO | Remote Server Collection | | Email Containers - Mimecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D92A6A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D92A6A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D92A6A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D92A6A49 | Sandesh Dhomme | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D92A6A49 | Wasil Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D92A6A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D92A6A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.05 | 2018/09/25 |
| D92A6A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D92A6A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D92A6A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D92A6A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D92A6A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D92A6A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D92A6A001 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D92A6OO02 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D92A6V01 | Multiple | Remote Server Collection | | DoviCoft DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D92A6V02 | Multiple | Remote Server Collection | | VM Export (Elysium-DC-elysium global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D92A6V03 | Multiple | Remote Server Collection | | Sage Server (ely-sageserv.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D92A6V04 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**