# Exhibit 22

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2                CASE NO.  18-MD-2865 (LAK)

 3   _____
                                       )
 4   IN RE:                            )
                                       )
 5   CUSTOMS AND TAX ADMINISTRATION OF )
     THE KINGDOM OF DENMARK            )
 6   (SKATTEFORVALTNINGEN) TAX REFUND  )
     SCHEME LITIGATION                 )
 7   _____ )

 8

 9

10

11

12

13            C O N F I D E N T I A L

14

15

16

17

18   REMOTE VTC VIDEOTAPED EXPERT DEPOSITION UNDER ORAL

19                    EXAMINATION OF

20                      EMRE CARR

21

22              DATE: April 1, 2022

23

24

25       REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 12

1   E M R E   C A R R,
2         called as an expert witness, having been
3   first duly sworn according to law, testifies as
4   follows:
5
6
7
8   EXAMINATION BY MR. WEINSTEIN:
9         Q    Good morning, Dr. Carr?
10        A    Good morning.
11        Q    Throughout the day today, I'll be
12   asking you questions.  And for the sake of
13   Michael Friedman, the court reporter, please
14   let me finish my questions before you answer
15   and I will try to let you finish your answers
16   before I go on.
17             If both of us fail or one of us
18   fails on that, we will certainly hear about
19   it from Mike.  So let's do our best there.
20             If you have any trouble either
21   understanding one of my questions or hearing
22   my questions, please ask me to either clarify
23   or to restate it so that when you do answer,
24   we understand that you have understood the
25   question and heard the question fully.

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 17

```
 1    familiar with the terms "front office,"
 2    "middle office," and "back office?"
 3         A    Yes.
 4         Q    Do you have any experience working
 5    in a front office?
 6         A    As I -- as I said earlier, I have
 7    not worked at the financial services company
 8    as an employee.  So in that regard, I have
 9    not worked in either of the -- I've not
10    worked at the front office.
11         Q    Is it fair to say then you also
12    haven't worked in a middle office or a back
13    office?
14         A    I have not worked in middle office
15    or back office because I have not worked
16    with -- worked for -- I shouldn't have said
17    "with" -- I have not worked for a financial
18    services company.
19         Q    Do you have any work experience
20    executing trades in a broker role?
21         A    Along the same lines, since I have
22    not worked for a broker, I have not executed
23    any trades as a broker.  But again, my -- my
24    consulting engagement again involved analysis
25    of trade execution in many securities and
```

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 83

1   not on the confirmation ticket?
2       A    It would help me to answer the
3   question if you tell me what term, if you
4   have a specific term in mind, and I can tell
5   you where to find it.
6            But the -- the parameters of the
7   trade -- you know, the ones I spelled out
8   earlier like price, number of shares, ticker
9   identifier, time stamp, et cetera, these type
10  of trade information that pertains to this
11  particular transaction, are going -- are on
12  trade confirmations and broader terms of the
13  trade that applies to other trades, or, you
14  know, many trades under that account would be
15  in the account agreement and agreements of
16  that nature, as opposed to the trade
17  confirmation.
18      Q    Do you have any prior experience in
19  designing or executing dividend arbitrage
20  strategies?
21      A    Only academically.  So now, not in
22  designing or executing.
23      Q    What's been your experience
24  academically with dividend arbitrage
25  strategies?

```
 1        A    You know, as an academic, I
 2   conducted research into these type of
 3   questions.
 4        Q    Other than your work for this
 5   particular case, what research have you done
 6   on dividend arbitrage strategies?
 7        A    Over the years, I have looked at
 8   stock prices around the dividend dates, and
 9   you know, how investors conduct trading
10   strategies based on that.
11        Q    You've done that for what purpose
12   in your career?
13        A    Not for the purpose of publication.
14        Q    Have you published work on prices
15   around the dividend arbitrage -- I'm sorry.
16             Have you published works on stock
17   prices around dividend dates and dividend
18   arbitrage strategies?
19        A    No.
20        Q    So what work were you referring to
21   as being published in that context?
22        A    Work that I have done that didn't
23   result -- that did not result in a
24   publication.
25        Q    What work did you do on dividend
```

CONFIDENTIAL
Emre Carr - April 1, 2022

Page 85

1    arbitrage strategies, other than for this
2    case, that did not result in publication?
3            MS. LICHTENSTEIN:  Objection.
4        A    I'm not sure I understood the
5    question.  But I think I -- I mentioned the
6    entirety of my -- my work experience on
7    dividend arbitrage.
8            But there's nothing else, or you
9    can repeat the question and I can be more
10   precise.
11       Q    Well, I'm trying to get an
12   understanding of what your work experience
13   has been with dividend arbitrage strategies.
14           Can you identify any particular
15   research you've done, other than for this
16   case, on dividend arbitrage strategies?
17       A    I believe I answered that question.
18   I'm saying I don't have anything more to say,
19   which is I have done research and they did
20   not lead to publications.
21           That's what I had understood
22   partly.
23       Q    Right.  What was the research that
24   you were doing on dividend arbitrage
25   strategies that ultimately did not end up in

```
 1    a publication?
 2        A    I was understanding the changes in
 3    stock prices and the associated volumes of
 4    trading on ex-dividend dates.
 5        Q    What markets were you looking at
 6    for your research on stock prices and volumes
 7    around ex-dividend dates?
 8        A    No particular market.  U.S. and
 9    Europe, primarily.
10        Q    When did you perform this research?
11        A    Many years ago and I was a
12    full-time academic.
13        Q    So, just approximately, when was
14    that?
15        A    You know, 2000, 2005, maybe.  You
16    know, in that time frame.
17        Q    The early 2000s, generally?
18        A    Early to mid, yes.
19        Q    What's your general understanding
20    of dividend arbitrage?
21        A    Dividends -- taxation on dividends
22    vary across various types of market
23    participants.  The, you know, corporations
24    and individuals differ in their marginal tax
25    rates.
```