# Exhibit 34, Part 3




## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ________

**ADD**

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

**SUBTRACT**

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total amount $ ________

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/12 | | WT Swf043593316 Barclays Bank Pl /Org=Solo Capital Partners LLP Usd Srf# Swf043593316 Trn#151112095928 Rfb# Pet816945316 | 151,870.13 | | |
| 11/12 | | Wire Trans Svc Charge - Sequence: 151112095928 Srf# Swf043593316 Trn#151112095928 Rfb# Pet816945316 | | 16.00 | 154,602.23 |
| 11/30 | | WT Fed#02577 First Republic Ban /Org=Basalt Ventures LLC Srf# 15113013502379Cm Trn#151130182302 Rfb# | 1,000.00 | | |
| 11/30 | | Wire Trans Svc Charge - Sequence: 151130182302 Srf# 15113013502379Cm Trn#151130182302 Rfb# | | 15.00 | 155,587.23 |
| **Ending balance on 11/30** | | | | | **155,587.23** |
| **Totals** | | | **$152,870.13** | **$31.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/29/2015 - 11/30/2015 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $2,748.10 ☐ |
| · Average ledger balance | $6,000.00 | $90,209.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB




## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . $ ________

ADD

B. Any deposits listed in your register or transfers into your account which are not shown on your statement.

$ ________
$ ________
$ ________
+ $ ________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

CALCULATE THE SUBTOTAL

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ ________

SUBTRACT

C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . - $ ________

CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . $ ________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ████4069 ■ July 24, 2014 - July 28, 2014 ■ Page 1 of 3

WELLS FARGO

Basalt - 4069

BASALT VENTURES LLC ROTH 401K PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**

The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/24 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 7/28** | **$0.00** |

Account number: ████4069

**BASALT VENTURES LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/24/2014 - 07/28/2014 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

# Business Checking

Account number: [redacted]4069 ■ July 29, 2014 - August 27, 2014 ■ Page 1 of 3




BASALT VENTURES LLC ROTH 401K PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

## Activity summary

| | |
|---|---|
| Beginning balance on 7/29 | $0.00 |
| Deposits/Credits | 1,000.00 |
| Withdrawals/Debits | - 27.00 |
| **Ending balance on 8/27** | **$973.00** |
| Average ledger balance this period | $985.00 |

Account number: [redacted]4069
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248




**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/29 | | WT Fed#05598 Jpmorgan Chase Ban /Org=John Van Merkensteijn Esq. Srf# 1355600210Es Trn#140729136662 Rfb# Os1 of 14/07/29 | 1,000.00 | | |
| 7/29 | | Wire Trans Svc Charge - Sequence: 140729136662 Srf# 1355600210Es Trn#140729136662 Rfb# Os1 of 14/07/29 | | 15.00 | 985.00 |
| 8/27 | | Monthly Service Fee | | 12.00 | 973.00 |
| **Ending balance on 8/27** | | | | | **973.00** |
| **Totals** | | | **$1,000.00** | **$27.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/29/2014 - 08/27/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $985.00 ☐ |
| · Average ledger balance | $6,000.00 | $985.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB

☐ Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# Business Checking

Account number: ████4069 ■ August 28, 2014 - September 26, 2014 ■ Page 1 of 4

WELLS FARGO

BASALT VENTURES LLC ROTH 401K PLAN WM
425 PARK AVE FL 12
NEW YORK NY 10022-3524

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

**Enhancements coming to your transaction descriptions including cash back detail**
Over the next few months, you will notice changes to the descriptions for debit, ATM or prepaid card transactions. These enhancements provide more detail about your transactions, and include new descriptions for purchases with cash back. For debit, ATM, or prepaid card merchant purchases with a request for cash back, the transaction description will include the words "cash" or "cash back," and may include the dollar amount of cash requested.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/28 | $973.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 9/26** | **$961.00** |
| Average ledger balance this period | $973.00 |

Account number: ████**4069**
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248




**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/26 | | Monthly Service Fee | | 12.00 | 961.00 |
| **Ending balance on 9/26** | | | | | **961.00** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 08/28/2014 - 09/26/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $973.00 ☐ |
| · Average ledger balance | $6,000.00 | $973.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB

# Business Checking

Account number: [redacted]4069 ■ September 27, 2014 - October 28, 2014 ■ Page 1 of 4

WELLS FARGO

BASALT VENTURES LLC ROTH 401K PLAN WM
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/27 | $961.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 10/28** | **$949.00** |
| Average ledger balance this period | $961.00 |

Account number: [redacted]**4069**
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/28 | | Monthly Service Fee | | 12.00 | 949.00 |
| **Ending balance on 10/28** | | | | | **949.00** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 09/27/2014 - 10/28/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $961.00 ☐ |
| · Average ledger balance | $6,000.00 | $961.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB




NO PURCHASE OR OBLIGATION NECESSARY TO ENTER OR WIN.

# IMPORTANT ACCOUNT INFORMATION

The following provisions are being added to the Business Account Agreement and the Selected Terms and Conditions for Wells Fargo Business Debit Cards, Business ATM Cards and Business Deposit Cards (each, an "Agreement") to clarify the use of a Business Debit Card through a mobile device.

### Using your Business Debit Card through a Mobile Device

If you make Card transactions through a Mobile Device using a Business Debit Card, the terms of the Agreement apply with the same effect and coverage, including (i) any limitations the Bank places on the frequency or dollar amount of your Card transactions; and (ii) your rights and responsibilities for unauthorized transactions.

As used in this Agreement, "Mobile Device" means a smartphone, tablet, or any other hand held or wearable communication device that allows you to electronically store or electronically present your Card or Card number ("Electronic Card Information") and use that Electronic Card Information to make Card transactions.

If you use your Card through a Mobile Device, you should secure the Mobile Device the same as you would your cash, checks, credit cards, and other valuable information. The Bank encourages you to password protect or lock your Mobile Device to help prevent an unauthorized person from using it. Please notify the Bank promptly if your Mobile Device containing Electronic Card Information is lost

# Business Checking

Account number: ████4069 ■ October 29, 2014 - November 28, 2014 ■ Page 1 of 3




BASALT VENTURES LLC ROTH 401K PLAN
425 PARK AVE FL 12
NEW YORK NY 10022-3524

WM

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**

The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/29 | $949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 11/28** | **$937.00** |
| Average ledger balance this period | $949.00 |

Account number: ████4069
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/28 | | Monthly Service Fee | | 12.00 | 937.00 |
| **Ending balance on 11/28** | | | | | **937.00** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/29/2014 - 11/28/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $949.00 ☐ |
| · Average ledger balance | $6,000.00 | $949.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB



# IMPORTANT ACCOUNT INFORMATION

### Other Wells Fargo Benefits

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

# Business Checking

Account number: [redacted]4069 ■ November 29, 2014 - December 26, 2014 ■ Page 1 of 3




BASALT VENTURES LLC ROTH 401K PLAN WM
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/29 | $937.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 12/26** | **$925.00** |
| Average ledger balance this period | $937.00 |

Account number: [redacted]4069
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/26 | | Monthly Service Fee | | 12.00 | 925.00 |
| **Ending balance on 12/26** | | | | | **925.00** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/29/2014 - 12/26/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $937.00 ☐ |
| · Average ledger balance | $6,000.00 | $937.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB




**Other Wells Fargo Benefits**

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

# Business Checking

Account number: [redacted]4069 ■ November 29, 2014 - December 26, 2014 ■ Page 1 of 3




BASALT VENTURES LLC ROTH 401K PLAN WM
425 PARK AVE FL 12
NEW YORK NY 10022-3524

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/29 | $937.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 12/26** | **$925.00** |
| Average ledger balance this period | $937.00 |

Account number: [redacted]4069
**BASALT VENTURES LLC ROTH 401K PLAN**
*Nevada account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 321270742
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/26 | | Monthly Service Fee | | 12.00 | 925.00 |
| **Ending balance on 12/26** | | | | | **925.00** |
| **Totals** | | | **$0.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/29/2014 - 12/26/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $937.00 ☐ |
| · Average ledger balance | $6,000.00 | $937.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB/WB




**Other Wells Fargo Benefits**

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.