# Exhibit 81

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00006 | 2722893 | 12/10/2012 | $42,504.70 | $26.46 | $42,531.16 | ($42,531.16) | 2/12/2013 | - | - |
| | 2726478 | 1/29/2013 | $5,968.60 | $135.55 | $6,104.15 | ($6,104.15) | 2/25/2014 | - | - |
| | 2739751 | 6/25/2013 | $650.00 | - | $650.00 | ($650.00) | 10/1/2013 | - | - |
| | | Duet II - Total | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |
| | | GRAND TOTAL | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |

1

6/15/2018 10:34:05 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355365

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

December 10, 2012

RE: Duet II
Our File Number: 00647/0006

Invoice #: 722893
PAGE: 1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/16/2012 | Ben-Jacob, Michael | Call with Rich re: new transaction. Follow-up call with Woody. | 1.25 |
| 11/16/2012 | Wells, Peter B | Call with group re new transaction. Work on issues re the same. | 4.67 |
| 11/18/2012 | Ben-Jacob, Michael | Review LP Agreement, PPM and related documents documents. Related call with Woody and emails to Woody re: questions. | 3.50 |
| 11/18/2012 | Wells, Peter B | Review materials related new transaction. | 4.83 |
| 11/19/2012 | Ben-Jacob, Michael | Documents, editing same, calls with Peter, Patrick, Woody on related issues, related emails. | 5.50 |
| 11/19/2012 | Wells, Peter B | Meet with group to discuss new transaction. Follow-up on issues re the same. Work on loan agreement. Work on KYC issues. | 5.33 |
| 11/20/2012 | Ben-Jacob, Michael | Attention to miscellaneous emails. | 0.17 |
| 11/20/2012 | Wells, Peter B | Work on issues related to due diligence for transaction. Draft and revise loan agreement. Work on UK tax issues. Call with Mr. Lewin. | 4.00 |
| 11/21/2012 | Ben-Jacob, Michael | Attention to draft documents, further comments on same, follow up on various open questions. | 3.17 |
| 11/21/2012 | Wells, Peter B | Work on issues related to Duet transaction. Call with Mr. Woodard, Mr. Michel and Mr. Mason re various issues. Work on loan agreement. Discuss various issues with Mr. Ben-Jacob. | 6.50 |
| 11/23/2012 | Ben-Jacob, Michael | Attention to miscellaneous emails. | 0.25 |
| 11/23/2012 | Wells, Peter B | | 4.50 |

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                    December 10, 2012

RE: Duet II                                                      Invoice#: 722893
**Our File Number: 00647/0006**                                  PAGE:   2

---

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Work on issues related to Duet transaction. Correspondence and research related to filing requirements. Research and correspondence re qualified client reps. | |
| 11/24/2012 | Ben-Jacob, Michael | Attention to emails from Rich regarding call with Duet and general catch up. | 0.25 |
| 11/25/2012 | Ben-Jacob, Michael | Call with Duet and Argre regarding group to review Scotia Bank questionnaire. | 0.67 |
| 11/25/2012 | Wells, Peter B | Call with Duet re upcoming call with Scotia. Follow-up on related matters. | 1.50 |
| 11/26/2012 | Wells, Peter B | Work on issues related securities law issues re transaction. | 0.75 |
| 11/27/2012 | Ben-Jacob, Michael | Call with Rich and Adam to discuss revised documents; related updates and discussion with Peter. | 3.50 |
| 11/27/2012 | Wells, Peter B | Call with Argre re documents. Review and revise the same. | 4.58 |
| 11/28/2012 | Wells, Peter B | Work on issues related to draft deal documents. | 0.50 |
| 11/29/2012 | Ben-Jacob, Michael | Call with Rich re: Duet docs. | 0.25 |
| 11/29/2012 | Wells, Peter B | Review revised Duet documents. Work on SEC issues. | 2.75 |
| 11/30/2012 | Ben-Jacob, Michael | Call with Duet and Rich re: Doc., status and next steps. | 1.00 |
| 11/30/2012 | Wells, Peter B | Call with Duet and Argre group. Work on loan agreement and rep letter and follow-up re the same. | 4.25 |

Total Hours.................. 63.67

Fees through 11/30/2012......................................  $42,504.70

*------------------------------------TIME AND FEE SUMMARY------------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 19.51 | $14,242.30 |
| Wells, Peter B | 640.00 | 44.16 | 28,262.40 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              WH_MDL_00355367

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                December 10, 2012

RE: Duet II                                                   Invoice#: 722893
Our File Number: 00647/0006                                   PAGE:   3

---

|                                              |        |            |
|----------------------------------------------|--------|------------|
| Fees through 11/30/2012................      | 63.67  | $42,504.70 |

\*------------------------COSTS ADVANCED THROUGH 11/30/2012------------------------\*

|                                                  |          |
|--------------------------------------------------|----------|
| Duplicating                                      | $5.60    |
| Conference & Legal Staff/Travel Working Meals    | 20.86    |
| Total Costs through 11/30/2012..............     | $26.46   |

|                                              |            |
|----------------------------------------------|------------|
| Fees this Invoice..........................  | $42,504.70 |
| Costs this Invoice.........................  | $26.46     |
| **Total Due this Invoice.................**  | **$42,531.16** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 722893
Total Amount Due: $42,531.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                WH_MDL_00355369

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

January 16, 2013

RE: Duet II
Our File Number: 00647/0006

Invoice#: 726478
PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/2012 | Ben-Jacob, Michael | Review draft opinion from Belgian counsel. | 0.50 |
| 12/03/2012 | Wells, Peter B | Call with Duet re status. Follow-up on due diligence issues re the same. | 3.33 |
| 12/04/2012 | Ben-Jacob, Michael | Review/edit PPM and related documents. | 0.33 |
| 12/04/2012 | Wells, Peter B | Draft and revise letter re GP. Work on related diligence matters. | 1.75 |
| 12/05/2012 | Ben-Jacob, Michael | Attention to draft deal documents. | 0.33 |
| 12/05/2012 | Wells, Peter B | Work on issues to transaction. | 1.50 |
| 12/06/2012 | Ben-Jacob, Michael | Attention to misc. emails. | 0.08 |
| 12/06/2012 | Ben-Jacob, Michael | Attention to draft documents. Related emails. | 0.58 |
| 12/06/2012 | Wells, Peter B | Prepare for and participate in call re transaction. | 0.67 |

Total Hours.................. 9.07

Fees through 12/31/2012........................................ $5,968.60

*----------------------------TIME AND FEE SUMMARY----------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.82 | $1,328.60 |
| Wells, Peter B | 640.00 | 7.25 | 4,640.00 |
| Fees through 12/31/2012............... | | 9.07 | $5,968.60 |

*----------------------------COSTS ADVANCED THROUGH 12/31/2012----------------------------*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER         WH_MDL_00355370

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                    January 16, 2013

RE: Duet II                                                       Invoice#: 726478
Our File Number: 00647/0006                                       PAGE:    2

| | |
|---|---|
| Transportation | $135.55 |
| Total Costs through 12/31/2012 | $135.55 |

*-------------------------OUTSTANDING BALANCE-------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 722893 | 12/10/2012 | $42,531.16 |
| Prior Balance Due | | $42,531.16 |

| | |
|---|---|
| Fees this Invoice | $5,968.60 |
| Costs this Invoice | $135.55 |
| Total Due this Invoice | $6,104.15 |
| Prior Balance Due (from above) | 42,531.16 |
| **TOTAL DUE** | **$48,635.31** |

Please remit payment within thirty (30) days.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355371

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 726478
Total Amount Due: $48,635.31

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355372



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     John H. van Merkensteijn
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

June 25, 2013

RE: Duet II                                          Invoice#: 739751
Our File Number: 00647/0006                          PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2013

|            |                 | Hours |
|---|---|---|
| 05/06/2013 | Wells, Peter B  | 1.00  |
|            | Review partnership agreements and draft termination document. | |
|            | Total Hours     | 1.00  |
|            | Fees through 05/31/2013 | $650.00 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                 | Rate    | Hours | Fees    |
|---|---|---|---|
| Wells, Peter B  | $650.00 | 1.00  | $650.00 |
| Fees through 05/31/2013 |  | 1.00 | $650.00 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount    |
|---|---|---|
| 726478   | 01/29/2013 | $6,104.15 |
| Prior Balance Due |   | $6,104.15 |

| | |
|---|---|
| Fees this Invoice............................................................ | $650.00 |
| Total Due this Invoice..................................................... | $650.00 |
| Prior Balance Due (from above).................................... | 6,104.15 |
| **TOTAL DUE**............................................................... | **$6,754.15** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355373



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS
_____

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0006
   Invoice Number: 739751
   Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355374



425 Park Avenue  
New York, NY  10022-3598  
212.836.8000  
www.kayescholer.com  
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.  
153 East 53rd Street  
New York, New York 10022  
Attention: Marsha Burnett  
Telephone: 212.559.3787

ABA Routing Number: 021000089  
Bank Identification Code/SWIFT Code: CITIUS33  
Account Name: Kaye Scholer LLP  
Account Number: 9981494431

RE: Argre Management LLC  
Our File Number: 00647/0006  
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355375